UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX LEONARD AZEVEDO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>THE PEOPLE,<br><br>　　　　Respondent. | No. 2:20-cv-1534-EFB P<br><br><br>ORDER |

　　　Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254. However, he has neither filed an application for leave to proceed in forma pauperis nor paid the required filing fee ($5.00). *See* 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit a request to proceed in forma pauperis or submit the appropriate filing fee.

　　　In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, a request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order may result in this action being dismissed; and

/////

/////

/////

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: August 10, 2020.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE